No. 03–10221. WALLACE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10223. HARRIS, AKA SULUKI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10237. BLUNT v. HIGHLAND PARK CITY SCHOOL DISTRICT. Ct. App. Mich. Certiorari denied.